Lela J. Ruspantini, Executrix of Estate of Italo Ruspantini, Deceased, Appellant and Counter-defendant, v. Samuel Steffek, Appellee and Counterclaimant.

Gen. No. 45,549. 

Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Philip E. Ryan, and Thomas C. Hollywood, for appellee; Ode Rankin, and Philip E. Ryan, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed May 11, 1953; released for publication June 16, 1953.